**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MICHAEL V. GAINES,

                Petitioner,                      21 **CIVIL** 6619 (JPC)(SDA)

    -against-                                    **JUDGMENT**

D. McINTOSH,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 4, 2022, notwithstanding this waiver, the Court has conducted a de novo review of the Report and Recommendation, and finds it to be well reasoned and its conclusions well founded. The Report and Recommendation is ADOPTED in its entirety. The Court also declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(1)(A); accordingly, the case is closed.

**Dated:**  New York, New York
           August 10, 2022

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                            **BY:**      *K. Mango*

                                                    **Deputy Clerk**